IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

IN RE: ROBERT JOSEPH GORDON : Chapter: 13
       ANNETTE GORDON :
:
:
: CASE NO: 1:11-07705-MDF
:

## NOTICE OF ADDRESS CHANGE

eCast Settlement Corporation hereby changes its address for its claim number 15, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200
    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE: 7/14/2016