```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 11-07705-MDF
Robert Joseph Gordon                                                Chapter 13
Annette Gordon
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1         User: MMchugh         Page 1 of 1         Date Rcvd: Dec 09, 2016
                             Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db/jdb        +Robert Joseph Gordon,   Annette Gordon,   6110 Springford Drive,   Apt C22,
               Harrisburg, PA 17111-4940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A., as Servicer ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Joint Debtor Annette  Gordon DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Debtor Robert Joseph Gordon DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Howard Buraks    on behalf of Creditor    Ringgold School District kburaks@portnoffonline.com
              Marc A Crum    on behalf of Joint Debtor Annette  Gordon macrum@pa.gov
              Marc A Crum    on behalf of Debtor Robert Joseph Gordon macrum@pa.gov
              Steven M Williams    on behalf of Creditor    Springford Apartments swilliams@cohenseglias.com,
               azortman@cohenseglias.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A.
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT JOSEPH GORDON | : | |
| ANNETTE GORDON | : | CASE NO. 1:11-bk-07705 |
| aka Annie Gordon | : | |
| Debtor(s) | : | |
| | : | |

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtors are granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified in accordance with the First Amended Plan filed on November 16, 2016.

Dated: December 9, 2016

By the Court,

*Mary D France*
Bankruptcy Judge
(VK)