```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 11-07705-MDF
Robert Joseph Gordon                                                Chapter 13
Annette Gordon
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh                Page 1 of 3                  Date Rcvd: Feb 08, 2017
                              Form ID: 3180W               Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db/jdb         +Robert Joseph Gordon,    Annette Gordon,    6110 Springford Drive,    Apt C22,
                 Harrisburg, PA 17111-4940
cr             +ETrade Bank,    c/o Specialized Loan Servicing LLC,    Bankruptcy Department,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Springford Apartments,    6140 B Springford Drive,    Harrisburg, PA 17111-4813
4008782        +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
3984683         BANK OF AMERICA MORTGAGE,     475 CROSSPOINT PKWY,    NY2 001 02 14,    GETZVILLE, NY 14068
4052567         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
3984685        +CHARLES TISOT JR,    GRANT THOMAS,    125 BERTHA AVENUE,    DONORA, PA 15033-1202
3984687        +CHILDREN'S PLACE PLAN,    BILLING/CUSTOMER SERVICE,    PO BOX 6403,    SIOUX FALLS, SD 57117-6403
3984689        +CITIZENS CC,    1000 LAFAYETTE BLVD,    BRIDGEPORT, CT 06604-4725
3984690         COMM OF PA DEPT L&I,    READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,
                 READING, PA 19602-1152
3984691         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
4033991        +CONSUMER SERVICES ON BEHALF OF E-TRADE,    PO BOX 94982,    CLEVELAND, OH 44101-4982
3984693        +DR CLEMENT A GUARLOTTI DMD,    401S MAPLE AVENUE,    GREENSBURG, PA 15601-3220
3984694        +ETRADE MORTGAGE SERVICE CENTER,    PO BOX 5452,    MOUNT LAUREL, NJ 08054-5452
3984696        +GMAC MORTGAGE,    3451 HAMMOND AVENUE,    PO BOX 780,    WATERLOO IA 50704-0780
3984697        +GOALF/GLELSI,    2401 INTERNATIONAL,    MADISON, WI 53704-3121
4029320        +Great Lakes Higher Education Guaranty Corp,    2401 International Lane,    Madison, WI 53704-3192
3984698        +HSBC/BOSCOV BILLING,    PO BOX 15521,    WILMINGTON, DE 19850-5521
3984700        +JIM REGOLA, TAX COLLECTOR,    938 SAINT CLAIR WAY, STE 1,    GREENSBURG, PA 15601-3550
3984701        +LITTMAN & BARCLAY PLAN,    BILLING/CUSTOMER SERVICE,    PO BOX 6403,    SIOUX FALLS, SD 57117-6403
3984702        +MIKE & BRANDY MACE,    917 THOMPSON STREET,    DONORA, PA 15033-2145
3984703        +PNC BANK,    2730 LIBERTY AVENUE,    PITTSBURGH, PA 15222-4747
3991360        +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
3986749        +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
4055265        +Ringgold School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
3984704        +SPRINGFORD APARTMENTS,    6140-B SPRINGFOR DRIVE,    HARRISBURG, PA 17111-4813
3984705        +SUSAN J VITALBO, TAX COLLECTOR,    239 WADDELL AVENUE,    DONORA, PA 15033-1720
4132688        +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4056752        +THE BANK OF NEW YORK MELLON,    TRUST COMPANY, NA,    GMAC MORTGAGE, LLC,
                 ATTN: BANKRUPTCY DEPARTMENT,    1100 VIRGINIA DRIVE,    FORT WASHINGTON, PA 19034-3204
3984706        +WASHINGTON COUNTY TAX REVENUE DEPT,    100 W EAU STREET, STE 205,    WASHINGTON, PA 15301-4432
3984707        +WESTMORELAND COUNTY TAX CLAIM BUREAU,    2 N MAIN STREET, STE 406,    GREENSBURG, PA 15601-2417
4299500         eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: BASSASSOC.COM Feb 08 2017 19:09:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +EDI: BASSASSOC.COM Feb 08 2017 19:09:00      ECAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    Mary Vanatta, Admin. Assistant,   3936 E Ft. Lowell Rd Ste 200,
                 Tucson, AZ 85712-1083
cr              EDI: ECMC.COM Feb 08 2017 19:08:00      ECMC,   P O Box 75906,   St. Paul, MN  55175
cr             +EDI: PRA.COM Feb 08 2017 19:08:00      PRA Receivables Management LLC,   POB 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Feb 08 2017 19:08:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
3984682         EDI: BANKAMER.COM Feb 08 2017 19:09:00      BANK OF AMERICA,   BANKRUPTCY DEPARTMENT,
                 4161 PIEDMONT PARKWAY,   GREENSBORO, NC 27410
3986980         EDI: BANKAMER2.COM Feb 08 2017 19:08:00      FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
3984684        +E-mail/Text: dehartstaff@pamd13trustee.com Feb 08 2017 19:11:22      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
3984686        +EDI: CHASE.COM Feb 08 2017 19:08:00      CHASE,   ACCOUNT INQUIRIES,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
3984688        +EDI: CIAC.COM Feb 08 2017 19:08:00      CITIMORTGAGE INC,   1000 TECHNOLOGY DR,
                 O'FALLON, MO 63368-2240
4152928        +EDI: BASSASSOC.COM Feb 08 2017 19:09:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712,
                 Telephone: (520)577-1544 (Servicer) 85712-1083
4010514         EDI: CHASE.COM Feb 08 2017 19:08:00      Chase Bank USA, N.A.,   PO Box 15145,
                 Wilmington, DE 19850-5145
3984692         EDI: DISCOVER.COM Feb 08 2017 19:08:00      DISCOVER FINANCIAL,   ACCOUNT INQUIRIES,
                 6500 NEW ALBANY ROAD,   NEW ALBANY, OH 43054
3987126         EDI: DISCOVER.COM Feb 08 2017 19:08:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
4047705         EDI: ECMC.COM Feb 08 2017 19:08:00      Educational Credi Management Corporation,
                 P. O. Box 75906,   St. Paul, MN 55175
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3984695        +E-mail/Text: fnb.bk@fnfg.com Feb 08 2017 19:11:18      FIRST NIAGARA CORPORATE OFFICE,
                 726 EXCHANGE STREET, STE 618,    BUFFALO, NY 14210-1463
4003270         E-mail/Text: fnb.bk@fnfg.com Feb 08 2017 19:11:18      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
4335237         E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2017 19:10:56     Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049,    Green Tree Servicing LLC,    PO Box 0049,
                 Palatine, IL 60055-0049
4335236         E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2017 19:10:56     Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
4013883        +EDI: BASSASSOC.COM Feb 08 2017 19:09:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
3984699         EDI: IRS.COM Feb 08 2017 19:09:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4061274         EDI: PRA.COM Feb 08 2017 19:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
4046889         EDI: PRA.COM Feb 08 2017 19:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4031607         EDI: Q3G.COM Feb 08 2017 19:09:00      Quantum3 Group LLC as agent for,
                 World Financial Network National Bank,    PO Box 788,    Kirkland, WA 98083-0788
3990189         EDI: RECOVERYCORP.COM Feb 08 2017 19:08:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3984708        +EDI: WFNNB.COM Feb 08 2017 19:08:00     WFNNB/JUSTICE,    PO BOX182273,    COLUMBUS OH 43218-2273
                                                                                              TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CitiMortgage Inc.
cr*            ECast Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
cr*           +Great Lakes Higher Education Guaranty Corp,   2401 INTERNATIONAL LANE,   MADISON, WI 53704-3192
cr*            Green Tree Servicing LLC,    PO Box 0049,   Palatine, IL 60055-0049
cr*           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
cr*           +Ringgold School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                       TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              Ann E. Swartz   on behalf of Creditor    Bank of America, N.A., as Servicer ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC   on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Bass and Associates PC   on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott   on behalf of Debtor Robert Joseph Gordon DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott   on behalf of Joint Debtor Annette  Gordon DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Joshua I Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Howard Buraks   on behalf of Creditor    Ringgold School District kburaks@portnoffonline.com
              Marc A Crum   on behalf of Debtor Robert Joseph Gordon macrum@pa.gov
              Marc A Crum   on behalf of Joint Debtor Annette  Gordon macrum@pa.gov
              Steven M Williams   on behalf of Creditor    Springford Apartments swilliams@cohenseglias.com,
               azortman@cohenseglias.com
```

```
District/off: 0314-1           User: MMchugh              Page 3 of 3                Date Rcvd: Feb 08, 2017
                               Form ID: 3180W             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Thomas I Puleo  on behalf of Creditor  BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee  ustpregion03.ha.ecf@usdoj.gov
    William Edward Miller  on behalf of Creditor  The Bank of New York Mellon Trust Company, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                   TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Joseph Gordon** | Social Security number or ITIN  xxx–xx–9012 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Annette Gordon** | Social Security number or ITIN  xxx–xx–8353 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:11–bk–07705–MDF** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Joseph Gordon                    Annette Gordon
                                        aka Annie Gordon

**By the court:**   *Mary D. France* (signature)

February 8, 2017

Honorable Mary D. France
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**