```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 11-07705-RNO
Robert Joseph Gordon                                            Chapter 13
Annette Gordon
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh            Page 1 of 1           Date Rcvd: Apr 13, 2017
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db/jdb         +Robert Joseph Gordon,   Annette Gordon,   6110 Springford Drive,   Apt C22,
                 Harrisburg, PA 17111-4940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A., as Servicer ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Robert Joseph Gordon DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Joint Debtor Annette  Gordon DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              John Michael Steidle    on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com,    lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Howard Buraks    on behalf of Creditor   Ringgold School District kburaks@portnoffonline.com
              Marc A Crum    on behalf of Joint Debtor Annette  Gordon macrum@pa.gov
              Marc A Crum    on behalf of Debtor Robert Joseph Gordon macrum@pa.gov
              Steven M Williams    on behalf of Creditor   Springford Apartments swilliams@cohenseglias.com,
               azortman@cohenseglias.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 15

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Joseph Gordon<br>6110 Springford Drive<br>Apt C22<br>Harrisburg, PA 17111 | Chapter 13<br>Case No. 1:11−bk−07705−RNO |
| Annette Gordon<br>aka Annie Gordon<br>6110 Springford Drive<br>Apt C22<br>Harrisburg, PA 17111 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9012
xxx−xx−8353

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 13, 2017

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk