United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 11-07705-HWV
Robert Joseph Gordon  Chapter 13
Annette Gordon
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: nthrgreq | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | PHH CORPORATION, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| | + | PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MOUNT LAUREL, NJ 08054-4624 |
| | + | PHH MORTGAGE CORPORATION, ATT SENIOR VICE PRESIDENT/CHIEF LEGAL OF, ONE MORTGAGE WAY, MOUNT LAUREL, NJ 08054-4637 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Bank of America N.A., as Servicer ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Bass and Associates PC | on behalf of Creditor HSBC Bank Nevada N.A. ecf@bass-associates.com |
| Bass and Associates PC | on behalf of Creditor Capital One N.A. ecf@bass-associates.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |

| Name | Details |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Robert Joseph Gordon DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Annette Gordon DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| John Michael Steidle | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. jmsteidle@burnswhite.com, lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Kevin Howard Buraks | on behalf of Creditor Ringgold School District kburaks@portnoffonline.com |
| Marc A Crum | on behalf of Debtor 1 Robert Joseph Gordon macrum@pa.gov |
| Marc A Crum | on behalf of Debtor 2 Annette Gordon macrum@pa.gov |
| Steven M Williams | on behalf of Creditor Springford Apartments swilliams@cohenseglias.com azortman@cohenseglias.com |
| Thomas I Puleo | on behalf of Creditor BANK OF AMERICA N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Joseph Gordon

**Debtor 1**

Annette Gordon
aka Annie Gordon

**Debtor 2**

Chapter: 13

Case number: 1:11−bk−07705−HWV

Document Number: 61

Matter: Motion for contempt citation and damages

ROBERT JOSEPH GORDON ANNETTE GORDON
**Movant(s)**

vs.

PHH MORTGAGE SERVICES, LLC,
PHH MORTGAGE CORPORATION, PHH MORTGAGE
SERVICES CORPORATION
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on November 15, 2011.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 11/24/20** **Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **November 20, 2020**.

Any objection/response filed will be heard at the above scheduled hearing.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MichaelMcHugh, Deputy Clerk

| | |
|---|---|
| (717) 901–2800 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2020 |

nthrgreq(02/19)