IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| ROBERT JOSEPH GORDON : | |
| ANNETTE GORDON : | CASE NO. 1:11-bk-07705 |
| aka Annie Gordon : | |
|     Debtors : | |
| : | |
| ROBERT JOSEPH GORDON : | |
| ANNETTE GORDON, : | |
|     Movants : | |
| : | |
| v. : | |
| : | |
| PHH MORTGAGE SERVICES, LLC, : | |
| PHH MORTGAGE CORPORATION, : | |
| PHH MORTGAGE SERVICES : | |
| CORPORATION, : | |
|     Respondent : | |

## MOTION TO CONTINUE HEARING

COME NOW the Debtors, Robert Joseph Gordon and Annette Gordon, by and through Dorothy L. Mott, and request that the hearing scheduled for February 9, 2021 be continued, respectfully stating in support thereof:

1. The Debtors filed a Chapter 13 Petition on November 15, 2011.

2. The Debtors filed a Motion for Contempt against the Respondent.

3. The Bankruptcy Court scheduled a hearing on the Motion for Contempt for February 9, 2021.

4. Debtors' counsel requests that the hearing be continued for 60 days because the parties are negotiating a settlement.

5. All parties to this action concur in the motion to continue.

WHEREFORE, the Debtors respectfully request that this Court enter an order continuing the hearing for 60 days.

Respectfully submitted,

/s/ Dorothy L. Mott

Dorothy L. Mott
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT JOSEPH GORDON | : | |
| ANNETTE GORDON | : | CASE NO. 1:11-bk-07705 |
| aka Annie Gordon | : | |
|     Debtors | : | |
| | : | |
| ROBERT JOSEPH GORDON | : | |
| ANNETTE GORDON, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PHH MORTGAGE SERVICES, LLC, | : | |
| PHH MORTGAGE CORPORATION, | : | |
| PHH MORTGAGE SERVICES | : | |
| CORPORATION, | : | |
|     Respondent | | |

**O R D E R**

UPON CONSIDERATION of the Motion to Reschedule Hearing, it is hereby

ORDERED AND DECREED that the hearing scheduled for February 9, 2021 at 9:30 A.M. is rescheduled to                    , 2021 at      . m. in Harrisburg, Pennsylvania.