IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **ROBERT JOSEPH GORDON** | : | |
| **ANNETTE GORDON** | : | CASE NO. 1:11-bk-07705 |
| aka Annie Gordon | : | |
|     **Debtors** | : | |
| | : | |
| **ROBERT JOSEPH GORDON** | : | |
| **ANNETTE GORDON,** | : | |
|     **Movants** | : | |
| | : | |
| v. | : | |
| | : | |
| **PHH MORTGAGE SERVICES, LLC,** | : | |
| **PHH MORTGAGE CORPORATION,** | : | |
| **PHH MORTGAGE SERVICES** | : | |
| **CORPORATION,** | : | |
|     Respondent | | |

**WITHDRAWAL OF MOTION FOR ORDER OF CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND REQUEST FOR PAYMENT OF ATTORNEY'S FEES AND COSTS AND PUNITIVE DAMAGES**

    Come now the Debtors, Robert Joseph Gordon and Annette Gordon, by and through their attorney Dorothy L. Mot, and withdraw the Motion for Contempt filed on October 29, 2020 at docket number 61. Counsel for the Respondent, Tara Dickerman, Esquire concurs in the withdrawal.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott, Esquire
    Pa. Id. 43568
    125 State Street
    Harrisburg, PA 17101
    717.232.6650 Tel
    717.232.0477 Fax
    doriemott@aol.com